I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 8.28.12

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 28 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BARNES,<br><br>      Petitioner,<br><br>vs.<br><br>TERRI GONZALES, Warden,<br><br>      Respondent. | Case No. CV 12-2076-JPR<br><br>**J U D G M E N T** |

    Pursuant to the Memorandum Opinion and Order Denying Petition and Dismissing Action with Prejudice,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 28, 2012

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 28 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

1